Order Form (01/2005)    Case 1:06-cv-02111    Document 16    Filed 06/07/2006    Page 1 of 1

## United States District Court, Northern District of Illinois

**FILED**

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | JUN 2 1 2006 |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2111 | **DATE** | 6/7/2 NANCY MAYER WHITTINGTON, CLERK |
| **CASE TITLE** | Lowe vs. DEA | | U.S. DISTRICT COURT |

**DOCKET ENTRY TEXT:**

Status hearing held. Based upon the representation of the government that there is no confirmation of any records remaining here and based upon the government having no objection, this case is transferred under 5 USC § 552(a)(4)(B) to the District of Columbia. Motion to transfer is granted..

*[signature]*

00:15

CASE NUMBER: 1:06CV01133

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 06/21/2006

**F I L E D**

JUN 0 9 2006

JUDGE PHILIP G. REINHARD
UNITED STATES DISTRICT COURT

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By *[signature]*

U.S. DISTRICT COURT

DATE: 6-12-06

| | Courtroom Deputy Initials: | smw |
|---|---|---|

#1
USDC

CLOSED, INTRADIST TRANSF, MAHONEY, PC, TRANSFER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.5 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:06-cv-02111
### Internal Use Only

Lowe v. Drug Enforcement Administration et al
Assigned to: Honorable Philip G. Reinhard
Referred to: Honorable P. Michael Mahoney
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 04/19/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Harry DeWayne Lowe**                  represented by  **Harry DeWayne Lowe**
08637-424
Rochester - FMC
P.O. Box 4000
Rochester, MN 55903
PRO SE

V.

**Defendant**

**Drug Enforcement Administration**     represented by  **AUSA**
United States Attorney's Office, NDIL
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email:
USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

represented by  **Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT ILLINOIS

DATE: Service List 6-12-06

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2006 | 1 | RECEIVED Complaint and one copy by Harry DeWayne Lowe (mb, ) (Entered: 04/18/2006) |
| 04/14/2006 | 2 | CIVIL Cover Sheet (mb, ) (Entered: 04/18/2006) |

| 04/14/2006 | 3 | LETTER from Harry D. Lowe dated 4/7/06. (mb, ) (Entered: 04/18/2006) |
| 04/14/2006 | 4 | POST MARKED envelope for initiating document by Harry DeWayne Lowe (aew, ) (Entered: 04/19/2006) |
| 04/19/2006 | 5 | RECEIPT regarding payment of filing fee paid on 4/19/2006 in the amount of $350.00, receipt number 10716653 (hp, ) (Entered: 04/25/2006) |
| 04/19/2006 | 6 | COMPLAINT filed by Harry DeWayne Lowe; (hp, ) (Entered: 04/25/2006) |
| 04/24/2006 | 7 | MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Order. This action is ordered transferred to the United States District Court for the Northern District of Illinois, Western Division, Rockford, Illinois. Mailed notice (ar, ) (Entered: 05/01/2006) |
| 04/24/2006 | 8 | MEMORANDUM Order, signed by Judge Milton I. Shadur on 4/24/2006 7.Mailed notice(ar, ) (Entered: 05/01/2006) |
| 05/02/2006 | 9 | TRANSFERRED the case record to the Western Division Division of the Northern District of Illinois.(tlm) (Entered: 05/03/2006) |
| 05/03/2006 | | MAILED certified copy of transfer order and cover letter to Western Division with copies of transfer letter to all counsel of record.(tlm) (Entered: 05/04/2006) |
| 05/04/2006 | 10 | MOTION by Plaintiff Harry DeWayne Lowe to transfer case pursuant to Title 28 USC 1404 to the United States District Court District of Columbia (jat, ) (Entered: 05/04/2006) |
| 05/05/2006 | 11 | RECEIVED Transferred Record from the Eastern Division (jat, ) (Entered: 05/05/2006) |
| 05/08/2006 | | MAILED post marked envelope for initiating document to Western Division Clerk's Office as a supplemenetal record transfer.(tlm) (Entered: 05/08/2006) |
| 05/08/2006 | 12 | LETTER from Harry D. Lowe dated 5/3/06. (jat, ) (Entered: 05/10/2006) |
| 05/16/2006 | 13 | MINUTE entry before Judge Philip G. Reinhard : As the $350.00 filing fee has already been paid in this case, the Bureau of Prisons is ordered to stop making deductions from Harry Lowe's account. The clerk of court is directed to return the received check for $76.81 to the Bureau of Prisons, 600 E. State Northwest, Room 4029, Washington D.C., 20530 for re-deposit into Harry Lowe's account. judge's staff mailed notice (jat, ) (Entered: 05/17/2006) |
| 05/17/2006 | | MAILED the received check and a copy of the Minute Order dated 5/16/06 to Bureau of Prisons- Washington D.C. (jat, ) (Entered: 05/17/2006) |
| 05/26/2006 | 14 | second MOTION by Plaintiff Harry DeWayne Lowe to transfer case to the District of Columbia (jat, ) (Entered: 05/26/2006) |

| 06/01/2006 | ⊙15 | MINUTE entry before Judge Philip G. Reinhard : Court orders the U.S. Attorney's Office to appear on 6/7/2006 at 10:00 AM. For status on this pending transferred case and plaintiff's motion to transfer to the District of Columbia. judge's staff mailed notice (jat, ) (Entered: 06/02/2006) |
| --- | --- | --- |
| 06/07/2006 | ⊙16 | MINUTE entry before Judge Philip G. Reinhard : Civil case terminated: Status hearing held. Based upon the representation of the government that there is no confirmation of any records remaining here and based upon the government having no objection, this case is transferred under 5 USC 552(a)(4)(B) to the District of Columbia. Motion to transfer 10,14 is granted. judge's staff mailed notice (jat, ) (Entered: 06/09/2006) |
| 06/12/2006 | ⊙17 | TRANSFERRED to the District of Columbia the case file, with documents numbered 1-16, certified copy of transfer order, and docket sheet via certified mail number 7002 0510 0000 6469 1892 (jat, ) (Entered: 06/12/2006) |



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

MICHAEL W. DOBBINS
CLERK

815-987-4354

June 12, 2006

District of Columbia
Clerk's Office, United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Lowe v. DEA
USDC No.: 06 C 2111

Dear Sir:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Judge Reinhard on June 7, 2006.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: _____
Jennifer Titak, Deputy Clerk

Enclosure(s):

New Case No. _____        Date _____

Order Form (01/2005)      Case 1:06-cv-02111     Document 15     Filed 06/01/2006     Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2111 | **DATE** | 6/1/2006 |
| **CASE TITLE** | Lowe vs. DEA | | |

**DOCKET ENTRY TEXT:**

Court orders the U.S. Attorney's Office to appear on June 7, 2006 at 10:00 a.m.  For status on this pending transferred case and plaintiff's motion to transfer to the District of Columbia.

*Philip G. Reinhard*

Notices mailed by Judicial staff.

F I L E D

JUN 0 1 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials | smw |
|---|---|---|

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

MAY 2 6 2006

MICHAEL W DOBBINS, CLERK
UNITED STATES DISTRICT COURT

HARRY D. LOWE,
    Plaintiff,

      v.

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

Civil Case # 06 C 2111

Lowe's Second Motion to Transfer
Case to the District of Columbia

------------------------------------------------

**Comes Now,** Harry D. Lowe, Petitioner, without the aid and benefit of counsel to Respectfully Request this Honorable Court to transfer the above entitled cause to the District of Columbia.


    1) On or about 02 May 2006, Plaintiff filed his original (Motion to Transfer) with this Court.

    2) Plaintiff has not received an order of transfer as of this date.

    3) Plaintiff is suffering prejudice and is being denied access to the courts until this matter is transferred.

    4) On 15 April 2006, Plaintiff paid $350.00 filing fee to have his "FOIA" claim litigated in the court.

    5) Suddenly, the Federal Bureau of Prisons seized money from Plaintiff's inmate account to pay the filing fee.

    6) The Federal Bureau of Prisons will not release the seized money until this case is transferred.

    7) The Plaintiff's FOIA claim has been fully exhausted through the Defendant ageny, (DEA).

    8) As previously stated "Exhibit A" this Court does not have subject matter jurisdiction over the plaintiff or the defendant agency.

9) Plaintiff mistakenly filed this action with the wrong Court in the Eastern Division, but it mistakenly transferred it to this Court.

10) The District of Columbia has Exclusive subject matter jurisdiction in this matter.


**THEREFORE,** Harry D. Lowe prays that this Honorable Court will enter an order of transfer as the present delay is causing undue prejudice to the plaintiff.


Dated: This 19 day of May 2006

Submitted by: _Harry D. Lowe_ 05/19/2006

Harry D. Lowe
FMC ROCHESTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HARRY D. LOWE,                    )
          Plaintiff,              )      Civil Case # 06 C 2111
                                  )
     v.                           )      Lowe's Motion to transfer case
                                  )      Pursuant to Title 28 U.S.C. §1404
DRUG ENFORCEMENT ADMINISTRATION,  )      to the United States District Court
          Defendant.              )      District of Columbia
                                  )
_____

Comes Now, Harry D. Lowe, Petitioner without the aid and benefit
of counsel to respectfully request that this Honorable Court enter
an order transferring the above entitled cause to the
United States District Court, District of Columbia, in light of
the 24 April 2006 order issued from the United States District
Court Northern District of Illinois Eastern Division, Chicago.

    1. On 07, April 2006 Plaintiff filed a FOIA/PA complaint
with the Eastern District of Illinois.
    2. Plaintiff selected that venue because the DEA "Agency"
maintains an office in the Eastern Division, Chicago.
    3. On 24, April 2006 the Eastern District entered an order
to transfer Plaintiff's matter to this court. Such an order would
imply a direct relation to plaintiff's past criminal proceedings.
    4. Apparently, the Eastern District believed Plaintiff's
complaint was a criminal case matter.
    5. The FOIA/PA complaint is not a criminal case therefore
divesting this Honorable Court of any subject matter jurisdiction.
    6. Plaintiff requests this Court to transfer this "FOIA" case
to the District of Columbia.
    7. The District of Columbia is the best forum and venue
for most "FOIA" litigation.
    8. Plaintiff relies on Christianson v. Colt Industries
Operating Corp. 486 U.S. 800, 100 L Ed 2d 811, 108 S.Ct. 2166 (1988)
to avoid the present "jurisdictional ping-pong."

" Exhibit A "

1

9. The District of Columbia is where the DEA "Agency" records and staff are located.

**Therefore,** to avoid any undue and irreparable prejudice Petitioner earnestly prays that this Honorable Court will r grant this motion and transfer the case file to the United States District Court, District Of Columbia.

Dated: April 29, 2006                    Signed: _____

                                         Harry D. Lowe,Petitioner
                                         Pro Se
                                         PMB 4000 QTRS B-3
                                         FMC Rochester, MN.
                                         55903-4000

2

## CERTIFICATE OF SERVICE

Because FMC Rochester has removed the "Prisoner Legal Mail Box"
in violation of (SLACk v. McDaniels 529 US 473,146 L Ed 2d 542,120 S.Ct.)
(2000) Petitioner, Pro Se, is without access and otherwise unable
to place the entitled "motion to transfer" into a legal mail box/
mail room on the authored date 19 May 2006.

Therefore, I, Harry D. Lowe, Petitioner, Pro Se, declare under the
penalties of perjury that I served or caused to be served one true
and correct copy of the foregoing to the Drug Enforcement Administration
by delivering it to the Institutional Mailroom officer,
pre paid first class mail on the 22nd. day of May 2006.

Submitted by: _____

Harry D. Lowe, Pro Se
# 08637-424
FMC ROCHESTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903

Order Form (01/2005)        Case 1:06-cv-02111    Document 13    Filed 05/16/2006    Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 2111 | **DATE** | 5/16/2006 |
| **CASE TITLE** | Lowe vs. Drug Enforcement Administration | | |

**DOCKET ENTRY TEXT:**

As the $350.00 filing fee has already been paid in this case, the Bureau of Prisons is ordered to stop making deductions from Harry Lowe's account. The Clerk of Court is directed to return the received check for $76.81 to the Bureau of Prisons, 600 E. State Northwest, Room 4029, Washington D.C., 20530 for re-deposit into Harry Lowe's account..

*Notices mailed by Judicial staff.*

**F I L E D**

**MAY 1 6** 2006

**JUDGE PHILIP G. REINHARD**
**UNITED STATES DISTRICT COURT**

| | Courtroom Deputy Initials: | smw |
|---|---|---|

FROM:
HARRY D. LOWE
Reg. No. 08637-424
FEDERAL MEDICAL CENTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903-4000

# FILED

MAY 0 8 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:
CLERK OF THE U.S. DISTRICT COURT
PRISONER CORRESPONDENCE
219 S. DEARBORN ST.
CHICAGO, IL. 60604

ATTN: MICHAEL W. DOBBINS

May 03, 2006

06C 2111

Dear Mr. Dobbins,
    On 07 April 2006, I filed a civil complaint with the District Court
pursuant to §§552 552(a)... My family paid the $350 court fee via. check.
That check cleared on 24, April 2006 and therefore should noted on the docket.

    Unfortunately the Court mistakenly construed that I had requested
forma pauperis when in fact I never calimed indigent nor was it pled in the
complaint.

    On 02 May 2006, a copy of the Court's 24 April 2006 Memorandum Order
was delivered to the Institutional Trust Fund Officer. I would appreciate a
followup by your office informing that officer that they are to take no action
on my account in this matter because that fee has in fact been paid in full.

    Moreover, I would appreciate direct correspondence to be marked,
"Legal Mail" as such is confidential and should not be read openly by others.
The Institution mail room has been erroneously opening all legal mail from the
court. Also, I do not think it fair that your office would mail a copy of the
Court's order to non-related parties. Especially when they were never a part of
the pleading. The trust fund officer here nor the Institution in general has no
business in the civil complaint subject matter.

    Thank you for your consideration in this important matter.

                                    Sincerely,

                                    H.D. L



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5671

MAY 0 2 2006

Ms. Julia Mitchell, Deputy In Charge
U..S. District Court
211 South Court Street
2nd Floor
Rockford, Illinois 61101

**FILED**

MAY 0 5 2006

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Re:  Lowe v. Drug Enforcement Administration et al

USDC No:  1:06-cv-02111

Dear Ms. Mitchell:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorabl
Milton I. Shadur  on April 24, 2006.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ Thelma Murry-Sykes,
          Supervising Deputy Clerk

Enclosures:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

*FILED*

MAY 0 4 2006

MICHAEL W. ROBBINS, CLERK
UNITED STATES DISTRICT COURT

HARRY D. LOWE,
                Plaintiff,

v.

DRUG ENFORCEMENT ADMINISTRATION,
                Defendant.

Civil Case # 06-2111

Lowe's Motion to transfer case
Pursuant to Title 28 U.S.C. §1404
to the United States District Court
District of Columbia

Comes Now, **Harry D. Lowe, Petitioner** without the aid and benefit
of counsel to respectfully request that this Honorable Court enter
an order transferring the above entitled cause to the
United States District Court, District of Columbia, in light of
the 24 April 2006 order issued from the United States District
Court Northern District of Illinois Eastern Division, Chicago.

1. On 07, April 2006 Plaintiff filed a FOIA/PA complaint
with the Eastern District of Illinois.

2. Plaintiff selected that venue because the DEA "Agency"
maintains an office in the Eastern Division, Chicago.

3. On 24, April 2006 the Eastern District entered an order
to transfer Plaintiff's matter to this court. Such an order would
imply a direct relation to plaintiff's past criminal proceedings.

4. Apparantly, the Eastern District believed Plaintiff's
complaint was a criminal case matter.

5. The FOIA/PA complaint is not a criminal case therefore
divesting this Honorable Court of any subject matter jurisdiction.

6. Plaintiff requests this Court to transfer this "FOIA" case
to the District of Columbia.

7. The District of Columbia is the best forum and venue
for most "FOIA" litigation.

8. Plaintiff relies on **Christianson v. Colt Industries
Operating Corp.** 486 U.S. 800, 100 L Ed 2d 811, 108 S.Ct. 2166 (1988)
to avoid the present "jurisdictional ping-pong."

1

9. The District of Columbia is where the DEA "Agency" records and staff are located.

**Therefore,** to avoid any undue and irreparable prejudice Petitioner earnestly prays that this Honorable Court will r grant this motion and transfer the case file to the United States District Court, District Of Columbia.

Dated: April 29, 2006                    Signed: _Harry D. Lowe_

> Harry D. Lowe, Petitioner
> Pro Se
> PMB 4000 QTRS B-3
> FMC Rochester, MN.
> 55903-4000

2

## PROOF OF SERVICE

I Harry D. Lowe, declare under the penalty of perjury that
I placed one (1) true and correct copy of the foregoing
in the Institutional mail room first class mail addressed to
the Drug Enforcement Administration at 230 S. Dearborn St.
Suite 1200 Chicago, IL. 60604 on May 01, 2006.

Signed: _Hype_

Harry D. Lowe
FMC Rochester, MN. 55903



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5671

MAY 02 2006

Ms. Julia Mitchell, Deputy In Charge
U..S. District Court
211 South Court Street
2nd Floor
Rockford, Illinois 61101

Re:  Lowe v. Drug Enforcement Administration et al

USDC No:  1:06-cv-02111

Dear Ms. Mitchell:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorabl
Milton I. Shadur  on April 24, 2006.

Sincerely yours,

Michael W. Dobbins, Clerk

By:     /s/  Thelma Murry-Sykes,
Supervising Deputy Clerk

Enclosures:

*AE*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Howard D. Lowe,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      06 C 2111
                                         )
Drug Enforcement Administration          )
                                         )
            Defendant.                   )

MEMORANDUM ORDER

Harry Lowe ("Lowe") has just filed a pro se Complaint
against the Drug Enforcement Administration ("DEA"), seeking to
invoke the Freedom of Information Act ("FOIA").  This District
Court has no particular connection to this lawsuit:  Lowe was
originally convicted in the Western (not the Eastern) Division of
this judicial district, he has previously instituted an earlier
action in that court rather than this one, he is serving his
sentence at the Federal Medical Center at Rochester, Minnesota
("FMC Rochester") and DEA itself is not a localized agency
(though it is true that Lowe has engaged in some correspondence
with its Chicago office).  Because District Judge Philip Reinhard
of the Western Division has all of the background information as
to Lowe that would seem likely to facilitate addressing his
current claim, this Court is now ordering this action to be
transferred to the Western Division.

In the meantime, however, some further threshold matters
should be dealt with.  To begin with, although this action is

brought by a prisoner in federal custody, a situation that most often triggers the application of 42 U.S.C. § 1997e(a), the nature of Lowe's claim is not one that requires exhaustion of administrative remedies that section. But the provisions of 28 U.S.C. § 1915 ("Section 1915") do still apply to this lawsuit, so that this memorandum order is also being issued to address that subject.

Even though Lowe's FOIA request (attached as Ex. A to his Complaint) states in part that he is "an indigent inmate," Section 1915(a)(1) requires that he satisfy the in forma pauperis provisions of Section 1915 if he is to be authorized to proceed without prepayment of the $350 filing fee. That section requires him to file an in forma pauperis application ("Application," copies of which form are being transmitted to him together with a copy of this memorandum order), as well as a certified copy of the statement reflecting all the transactions in his trust fund account at FMC Rochester for the six-month period preceding his filing (see Section 1915(a)(2)). In this instance the printout covering all those transactions should cover the entire period from October 1, 2005 to a current date, so that Judge Reinhard can utilize the proper period for making the required Section 1915 calculations and can then enter an appropriate order as to the initial partial filing fee that Lowe must pay toward the $350 filing fee--a fee that he will be obligated to pay in full,

2

albeit in installments.  Lowe should mail two counterparts of the

Application and the trust fund account statement to:

> United States District Court for
> for the Northern District of Illinois
> Western Division
> 211 S. Court Street
> Rockford, Illinois 61101

Milton I. Shadur
Senior United States District Judge

Date:      April 24, 2006

3

Case 1:06-cv-02111    Document 7    Filed 04/24/2006    Page 1 of 1

* Order Form (01) 5. 2. 3

## United States District Court, Northern District of Illinois

AC

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 C 2111 | DATE | 4/24/2006 |
| CASE TITLE | Howard D. Lowe vs. Drug Enforcement Administration | | |

DOCKET ENTRY TEXT

Enter Memorandum Order. This action is ordered transferred to the United States District Court for the
Northern District of Illinois, Western Division, Rockford Illinois.

■ [ For further detail see separate order(s).]                          Docketing to mail notices

*mailed to Plaintiff
and but find office.
4/25 sn*

| | Courtroom Deputy Initials: | SN |
|---|---|---|

06C2111 Howard D. Lowe vs. Drug Enforcement Administration                          Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
EASTERN DIVISION

**06CV2111**

**JUDGE SHADUR**

**MAGISTRATE KEYS**

HARRY D. LOWE
Plaintiff,

**RECEIVED**

APR 1 4 2006

vs.

DRUG ENFORCEMENT
ADMINISTRATION,
Defendant,

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT: Violation of Privacy
Act of 1974 and the Freedom of
Information Act

**FILED**

APR 1 9 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff's Motion to Enjoin the Drug Enforcement Administration from
Refusing to Comply with 5 U.S.C. §§552 and 552a Requirements and from
Improperly Withholding Documents per 5 U.S.C. §§552 and 552a

Comes Now, Harry D. Lowe-Plaintiff without the aid or benefit of
counsel to respectfully request this Honorable Court to enter
an ORDER enjoining the Drug Enforcement Administration ("DEA")
from refusing to comply with 5 U.S.C. §§552 and 552a and from
improperly withholding documents and agency files. Plaintiff-Lowe
offers the following suggestions and exhibits in support thereof:

Procedural History

     1) On 04 February 2006, Lowe filed his initial FOIA/Privacy
Act request for documents and agency files relating to the
"expenditures of public funds." Lowe attached specific
payment dates, specific payment amounts accompanied with invoice
or tracking numbers and also the specific recipient of said
public funds. An agent signed for the receipt of initial request
13 February 2006. " Exhibits A & B "

     2) On 12 March 2006, Lowe filed a second request giving
notice to the agency ("DEA") of their ("DEA") non-compliance
affording said agency ample opportunity to comply avoiding further
litigation. " Exhibits C & D "

1

## COMPLAINT

3) The factual and documentary evidence, as cited above, firmly rebuts any notion that the (DEA) has not engaged in "improper withholding" of its agency records requiring this Honorable Court to intercede. On "two" separate occassions the (DEA) has intentionally refused to acknowledge certified receipt of FOIA/Privacy Act requests being in clear violation of essential underpinnings inherent to the law governing FOIA/Privacy Act requests pursuant to §§552 552a.

4) Based on the prior bad faith of the (DEA) when deliberately disregarding the time limits set forth in FOIA Amendment of 1996, ( See FOIA Guide & Privacy Act Overview 2002 Edition p.56 ) to conceal the files from Lowe, only a third party neutral Court can be trusted to compel the (DEA) to comply with request and release responsive agency files. It is a violation of the law governing FOIA/Privacy Act pursuant to §§552 552a for any federal agency to disregard procedurally correct FOIA requests requiring this Honorable Court to intercede.

## Remedy and Relief

5) As best as a non-lawyer can comprehend this proceeding, Lowe believes this Honorable Court has the power and authority to enjoin the DEA agency from improperly withholding the agency files that Lowe has shown a factual basis exist.
( See Appendix of Exhibit A ) Lowe further believes that this Court has proper jurisdiction wherein Lowe submitted FOIA request to DEA agency in this Court's Jurisdictional District.
Lowe requests the Honorable Court to enter an order directing the DEA to produce the files.

**WHEREFORE PREMISES CONSIDERED,** Harry D. Lowe, Plaintiff without the aid of counsel, earnestly prays for the Court to enjoin the DEA from continuing to "improperly withhold" responsive records, releasing them to Lowe.

Submitted by: _Harry D. Lowe_    _04/07/06_

Harry D. Lowe Date
PMB 4000 FMC
Rochester, MN. 55903
#08637-424

"Exhibit A"

## FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO:    DRUG ENFORCEMENT AGENCY
    230 S. DEARBORN STREET
    CHICAGO, IL. 60604

FROM:    HARRY D. LOWE
    Reg. No. 08637-424
    FEDERAL MEDICAL CENTER
    PMB 4000 QTRS B-3
    ROCHESTER, MN. 55903-4000

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTIONS 552, 552(a), I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUEST THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDS MAINTAINED BY YOUR AGENCY:

PLEASE SEE ATTACHED COPY OF APPENDIX A FOR THE REQUEST BEING
SUBMITTED HEREIN:

I AM ALSO REQUESTING A COPY OF THE APPLICABLE RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561.

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THEREOF, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT _____ AND REQUESTS THAT ANY SEARCH, AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN(10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN(10) WORKING DAYS.

Respectfully submitted, _____
             (requester)

Dated this 04 day of February , 2x2006

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data sufficient to identify the individual submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: HARRY DeWAYNE LOWE

CURRENT ADDRESS: FEDERAL MEDICAL CENTER PMB 4000 ROCHESTER, MN. 55903-4000

DATE OF BIRTH: April 23, 1965

PLACE OF BIRTH: Illinois

EMPLOYEE I.D. NUMBER: _____

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five(5) years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(I)(3), by a fine of not more than $5,000

Appendix A

FROM:

HARRY D. LOWE
Reg. No. 08637-424
FEDERAL MEDICAL CENTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903-4000

TO:

DRUG ENFORCEMENT AGENCY
230 S. DEARBORN STREET
SUITE 1200
CHICAGO, IL. 60604

Re: Freedom of Information Request

Pursuant to Title 5, United States Code, Section 552, 552(a), I the
undersigned, identified as above, Respectfully Request the Access to,
the Disclosure of, The release of, and The Opportunity to Correct
and Amend, The Following Records maintained by your agency:

     All public information, including but not limited to,
all criminal case and file numbers relating to the following payments
made to one, Edwin Rivas.

     Payment of $500.00, dated April 25, 1996, Invoice IY-96-0005
     Payment of $500.00, dated May 01, 1996,   Invoice M6-96-0125
     Payment of $200.00, dated October 16, 1996, Invoice IY-96-0004
     Payment of $200.00, dated November 13, 1996, Invoice IY-96-0004
     Payment of $300.00 or 500.00, dated November 15, 1996,
                                          Invoice IY-97-0004
     Payment of $200.00, dated November 18, 1996, Invoice IY-97-0004
     Payment of $1000.00, dated November 22, 1996, Invoice IY-97-0004

Requester hereby agrees to pay any additional cost within reason
associated with the search,copies and receipt of His/Her request
herein.

     Respectfully Submitted this 4th. day of February 2006

                                        Harry D. Lowe

"Exhibit B"

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 39¢ |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.54 |

Sent To
DRUG ENFORCEMENT AGENCY
Street, Apt. No.; or PO Box No.
230 S. DEARBORN SUITE 1200
City, State, ZIP+4
CHICAGO, IL. 60604

7003 3110 0004 8840 5680

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DRUG ENFORCEMENT AGENCY
230 S. DEARBORN SUITE 1200
CHICAGO, IL. 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB 1 4 2006

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7003 3110 0004 8840 5680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

"Exhibit C"

FROM:   Harry D. Lowe   #08637-424              12 March 2006
        POB 4000  FMC
        Rochester MN  55903

   TO:  DEA   FOIA/PA Section
        230 S. Dearborn Street    Ste 1200
        Chicago  IL  60604

   RE"  violation of §552a(d)   "access to records"


Dear DEA,

     On 13 February 2006, your agent signed for my FOIA/PA
request for records held by your agency.  As I have not
recieved any confirmation that you will execute the re-
quired searched, I must assume you are denying me access to
those requested records.

     In an attempt to mitigate a possible court action, please
acknowledge my request by no later than 27 March 2006, or
I will accept the intitial denial as "final".

     Thank you, in advance, for your immediate response to
this second submission for agency records.


*Harry D. Lowe* (signature)
Harry D. Lowe


attch: request/cert-green card receipt

1

**U.S. Postal Service**
**CERTIFIED MAIL.. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

## OFFICIAL USE

| | |
|---|---|
| Postage | $ 39 ¢ |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.54 |

Postmark Here  FEB ~ 6 2006

Sent To
DRUG ENFORCEMENT AGENCY
Street, Apt. No.; or PO Box No.  230 S. DEARBORN SUITE 1200
City, State, ZIP+4  CHICAGO, IL. 60604

PS Form 3800, June 2002     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DRUG ENFORCEMENT AGENCY
230 S. DEARBORN SUITE 1200
CHICAGO, IL. 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 1 5 2006

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)     7003 3110 0004 8840 5680

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

"Exhibit D"

**U.S. Postal Service**
**CERTIFIED MAIL**₊ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₊

# OFFICIAL USE

| | |
|---|---|
| Postage | $ .78¢ |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.18 |

Sent To
DRUG ENFORCEMENT ADMINISTRATION
Street, Apt. No.;
or PO Box No. 230 S. DEARBORN ST. SUITE 1200
City, State, ZIP+4
CHICAGO, IL 60604

PS Form 3800, June 2002                     See Reverse for Instructions

7003 3110 0004 8840 6021

I declare under the penalty of perjury that I, Harry D. Lowe,
hand delivered an original and three (3) copies of the foregoing
civil complaint to the mail room custodian at FMC Rochester
addressed to the UNITED STATES DISTRICT COURT in Chicago Illinois
on this 7th. day of April 2006. I, Harry D. Lowe, also mailed
one true and correct copy to the Drug Enforcement Administration
in Chicago Illinois on the 7th. day of April 2006.

Submitted by: _Harry D. Lowe_    04/07/06

                                          Date

Harry D. Lowe
PMB 4000 FMC
Rochester, MN. 55903
#08637-424

Case 1:06-cv-02111   Document 5   Filed 04/19/2006   Page 1 of 1

FILING FEE PAID

## United States District Court for the Northern District of Illinois

Case Number: _06CV2111_            Assigned/Issued   By: _____

---

### FEE INFORMATION

**Amount Due:**
☐ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP        ☐ No Fee    ☐ Other _____
☐ $455.00

No. Service copies _____            Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _350.00_                    Receipt #: _19  16653_

Date Payment Rec'd: _4-19-06_            Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            _____

☐ Writ _____             (name of victim, who it's
        . (Type of Writ)                 against and $ amount)

Original and _____ copies on _____ as to _____
                                      (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    04/10/06

# DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:

- ‣ TOO VOLUMINOUS
- ‣ QUALITY NOT LEGIBLE
- ‣ FONT TOO SMALL
- ‣ PHOTOGRAPHS

## SEE CASE FILE

06C 2111

POST MARKED envelope for initiating document.

RECEIVED

APR 1 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE SHADUR

MAGISTRATE JUDGE KEYS

DOCKETED

APR 1 9 2006

4

BARRY D. LOWE
Reg. No. 08457-124
FEDERAL MEDICAL CENTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903-4000

RECEIVED

DEC 21 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 21 2006

JUDGE SHADUR

RECEIVED

RECEIVED

From:

HARRY D. LOWE
FEDERAL MEDICAL CENTER
PMB 4000 QTRS B-3
ROCESTER, MN. 55903-4000

**FILED**

APR 1 4 2006

To:
COURT CLERK
219 S. DEARBORN
CHICAGO, IL. 60604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**06CV2111**
**JUDGE SHADUR**
**MAGISTRATE KEYS**

April 07, 2006

Dear District Court Clerk,
    Please find enclosed for your convenience a slef addressed
envelope and cover-page copy of the foregoing. I respectfully
request that you please stamp the enclosed "Filed" and return to
me in self addressed envelope indicating the given civil #
for my record at your earliest convenience.
Thank you for your attention in this matter.

            Sincerely,

PS
Please note that my family will be paying the filing fee
which I believe to be $150.00. Please notify if additional costs
are necessary. The above mentioned check will be mailed to your
office from Rockford, IL. on the 7th. day of April 2006.

Case 1:06-cv-02111    Document 2    Filed 04/14/2006    Page 1 of 1

06CV2111

UNITED STATES DISTR **JUDGE SHADUR**
NORTHERN DISTRICT ( **MAGISTRATE KEYS**
Civil Cover S

**Plaintiff(s):**

HARRY D. LOWE

**Defendant(s):**

DRUG ENFORCEMENT
ADMINISTRATION

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**

Harry D. Lowe
#08637-424
Rochester - FMC
P.O. Box 4000
Rochester, MN   55903

F I L E D

APR 1 4 2006

APR 14 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Defendant's Attorney:**

AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL   60604

**Basis
of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question
(U.S. gov't. not a party)

☑ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from
Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☐ Yes    ☑ No

**Signature:** *A. E. Woodham*    **Date:** 04/14/2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
EASTERN DIVISION

**06CV2111**

**JUDGE SHADUR**

**MAGISTRATE KEYS**

HARRY D. LOWE
Plaintiff,

**RECEIVED**

vs.

APR 1 4 2006

DRUG ENFORCEMENT
ADMINISTRATION,
Defendant,

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT: Violation of Privacy
Act of 1974 and the Freedom of
Information Act.

---

Plaintiff's Motion to Enjoin the Drug Enforcement Administration From Refusing to Comply with 5 U.S.C. §§552 and 552a Requirements and from Improperly Withholding Documents per 5 U.S.C. §§552 and 552a

Comes Now, Harry D. Lowe-Plaintiff without the aid or benefit of counsel to respectfully request this Honorable Court to enter an ORDER enjoining the Drug Enforcement Administration ("DEA") from refusing to comply with 5 U.S.C. §§552 and 552a and from improperly withholding documents and agency files. Plaintiff-Lowe offers the following suggestions and exhibits in support thereof:

Procedural History

1) On 04 February 2006, Lowe filed his initial FOIA/Privacy Act request for documents and agency files relating to the "expenditures of public funds." Lowe attached specific payment dates, specific payment amounts accompanied with invoice or tracking numbers and also the specific recipient of said public funds. An agent signed for the receipt of initial request 13 February 2006. " **Exhibits A & B** "

2) On 12 March 2006, Lowe filed a second request giving notice to the agency ("DEA") of their ("DEA") non-compliance affording said agency ample opportunity to comply avoiding further litigation. " **Exhibits C & D** "

1

## COMPLAINT

3) The factual and documentary evidence, as cited above, firmly rebuts any notion that the (DEA) has not engaged in "improper witholding" of its agency records requiring this Honorable Court to intercede. On **"two"** separate occassions the (DEA) has intentionally refused to acknowledge certified receipt of FOIA/Privacy Act requests being in clear violation of essential underpinnings inherent to the law governing FOIA/Privacy Act requests pursuant to §§552 552a.

4) Based on the prior bad faith of the (DEA) when deliberately disregarding the time limits set forth in FOIA Amendment of 1996, ( See FOIA Guide & Privacy Act Overview 2002 Edition p.56 ) to conceal the files from Lowe, only a third party neutral Court can be trusted to compel the (DEA) to comply with request and release responsive agency files. It is a violation of the law governing FOIA/Privacy Act pursuant to §§552 552a for any federal agency to disregard procedurally correct FOIA requests requiring this Honorable Court to intercede.

## Remedy and Relief

5) As best as a non-lawyer can comprehend this proceeding, Lowe believes this Honorable Court has the power and authority to enjoin the DEA agency from improperly witholding the agency files that Lowe has shown a factual basis exist.
( See Appendix of Exhibit A ) Lowe further believes that this Court has proper jurisdiction wherein Lowe submitted FOIA request to DEA agency in this Court's Jurisdictional District.
Lowe requests the Honorable Court to enter an order directing the DEA to produce the files.

**WHEREFORE PREMISES CONSIDERED,** Harry D. Lowe, Plaintiff without the aid of counsel, earnestly prays for the Court to enjoin the DEA from continuing to "improperly withold" responsive records, releasing them to Lowe.

Submitted by: _Harry D. Lowe_    08/07/06

Harry D. Lowe Date
PMB 4000 FMC
Rochester, MN. 55903
#08637-424

"Exhibit A"

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO: DRUG ENFORCEMENT AGENCY
230 S. DEARBORN STREET
CHICAGO, IL. 60604

FROM: HARRY D. LOWE
Reg. No. 08637-424
FEDERAL MEDICAL CENTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903-4000

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTIONS 552, 552(a), I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUEST THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDS MAINTAINED BY YOUR AGENCY:

PLEASE SEE ATTACHED COPY OF APPENDIX A FOR THE REQUEST BEING
SUBMITTED HEREIN:

I AM ALSO REQUESTING A COPY OF THE APPLICABLE RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561.

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THEREOF, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT _____ AND REQUESTS THAT ANY SEARCH, AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN(10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN(10) WORKING DAYS.

Respectfully submitted, _____
(requester)

Dated this 04 day of February , 2006

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data sufficient to identify the individual submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: HARRY DeWAYNE LOWE
CURRENT ADDRESS: FEDERAL MEDICAL CENTER PMB 4000 ROCHESTER, MN. 55903-4000
DATE OF BIRTH: April 23, 1965
PLACE OF BIRTH: Illinois
EMPLOYEE I.D. NUMBER: _____

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five(5) years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3), by a fine of not more than $5,000

Appendix A

FROM:

HARRY D. LOWE
Reg. No. 08637-424
FEDERAL MEDICAL CENTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903-4000

TO:

DRUG ENFORCEMENT AGENCY
230 S. DEARBORN STREET
SUITE 1200
CHICAGO, IL. 60604

Re: Freedom of Information Request

Pursuant to Title 5, United States Code, Section 552, 552(a), I the
undersigned, identified as above, Respectfully Request the Access to,
the Disclosure of, The release of, and The Opportunity to Correct
and Amend, The Following Records maintained by your agency:

        All public information, including but not limited to,
all criminal case and file numbers relating to the following payments
made to one, Edwin Rivas.

        Payment of $500.00, dated April 25, 1996, Invoice IY-96-0005
        Payment of $500.00, dated May 01, 1996,   Invoice M6-96-0125
        Payment of $200.00, dated October 16, 1996, Invoice IY-96-0004
        Payment of $200.00, dated November 13, 1996, Invoice IY-96-0004
        Payment of $300.00 or 500.00, dated November 15, 1996,
                                              Invoice IY-97-0004
        Payment of $200.00, dated November 18, 1996, Invoice IY-97-0004
        Payment of $1000.00, dated November 22, 1996, Invoice IY-97-0004

Requester hereby agrees to pay any additional cost within reason
associated with the search,copies and receipt of His/Her request
herein.

        Respectfully Submitted this 4th. day of February 2006

                                Harry D. Lowe

"Exhibit B"

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 39¢ |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.54 |

Postmark
Here
FEB -6 2006

Sent To
DRUG ENFORCEMENT AGENCY
Street, Apt. No.; or PO Box No. 230 S. DEARBORN SUITE 1200
City, State, ZIP+4 CHICAGO, IL. 60604

7003 3110 0004 8840 5680

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DRUG ENFORCEMENT AGENCY
230 S. DEARBORN SUITE 1200
CHICAGO, IL. 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 1 ? 2006

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0004 8840 5680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

"Exhibit C"

FROM:   Harry D. Lowe   #08637-424                    12 March 2006
        POB 4000   FMC
        Rochester MN   55903

   TO:  DEA    FOIA/PA Section
        230 S. Dearborn Street    Ste 1200
        Chicago  IL  60604

   RE"  violation of §552a(d)   "access to records"


Dear DEA,

    On 13 February 2006, your agent signed for my FOIA/PA
request for records held by your agency.  As I have not
recieved any confirmation that you will execute the re-
quired searched, I must assume you are denying me access to
those requested records.


    In an attempt to mitigate a possible court action, please
acknowledge my request by no later than **27 March 2006**, or
I will accept the intitial denial as "final".


    Thank you, in advance, for your immediate response to
this second submission for agency records.


*Harry D. Lowe*

Harry D. Lowe




attch: request/cert-green card receipt

1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | |
|---|---|
| Postage | $ 39 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.54 |

Postmark Here FEB-5 2006

Sent To
DRUG ENFORCEMENT AGENCY
Street, Apt No.; 230 S. DEARBORN SUITE 1200
or PO Box No.
City, State, ZIP+4    CHICAGO, IL 60604

PS Form 3800, June 2002    See Reverse for Instructions

7003 3110 0004 8840 5680

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DRUG ENFORCEMENT AGENCY
230 S. DEARBORN SUITE 1200
CHICAGO, IL. 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

FEB 1 2006

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 3110 0004 8840 5680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

"Exhibit D"

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .78¢ |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 3.18 |

Sent To
DRUG ENFORCEMENT ADMINISTRATION
Street, Apt. No.; or PO Box No. 230 S. DEARBORN ST., SUITE 1200
City, State, ZIP+4 CHICAGO, IL, 60604

7003 3110 0004 8840 6021

PS Form 3800, June 2002          See Reverse for Instructions

I declare under the penalty of perjury that I, Harry D. Lowe,
hand delivered an original and three (3) copies of the foregoing
civil complaint to the mail room custodian at FMC Rochester
addressed to the UNITED STATES DISTRICT COURT in Chicago Illinois
on this 7th. day of April 2006. I, Harry D. Lowe, also mailed
one true and correct copy to the Drug Enforcement Administration
in Chicago Illinois on the 7th. day of April 2006.

Submitted by: _H. D. Lowe_    04/07/06

Date

Harry D. Lowe
PMB 4000 FMC
Rochester, MN.55903
#08637-424