UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DEWAYNE LOWE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DRUG ENFORCEMENT ADMINISTRATION,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No.: 06-1133-CKK |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon *pro se* plaintiff by first class mail addressed to:

    Harry Dewayne Lowe
    R#08637-424
    Rochester FMC
    P.O. Box 4000
    Rochester, MN 55903

on this 18th day of July, 2006.

                                            /s/
                                    ALAN BURCH, D.C. Bar # 470655
                                    Assistant United States Attorney
                                      555 4th St., N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7204
                                      alan.burch@usdoj.gov