UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DEWAYNE LOWE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1133-CKK |

**DEFENDANT'S MOTION FOR BRIEFING SCHEDULE**

Defendant, the Drug Enforcement Administration, respectfully requests an order setting a briefing schedule in this case.  Plaintiff, a *pro se* prisoner with a projected release date in 2018, filed this case under the Freedom of Information Act ("FOIA") in the U.S. District Court for the Northern District of Illinois, which recently transferred the case to this Court.  Undersigned counsel was assigned to the case last week and is still in the process of becoming familiar with the merits of the case and its procedural history.  Undersigned counsel will be out of the office for the first half of August, and based on consultation with agency counsel, Defendant respectfully requests the following schedule:

- Defendant shall file its dispositive motion and supporting materials on or before September 1, 2006;

- Plaintiff shall file any opposition thereto on or before October 6, 2006; and

- Defendant shall file any reply on or before October 19, 2006.

This schedule should facilitate an economical resolution of the case, because FOIA cases are typically resolved via summary judgment motions.  Moreover, the schedule provides for the

extra time generally accorded *pro se* parties to respond to dispositive motions.

Because Plaintiff appears *pro se*, Local Rule 7(m) does not apply and undersigned counsel did not attempt to confer with him regarding this motion. In light of the nature of his claims, and his projected release date, it does not appear that Plaintiff will be prejudiced by this briefing schedule. A proposed order is attached.

July 27, 2006                                   Respectfully submitted,

                                                _____
                                                KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                                United States Attorney

                                                _____
                                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                Assistant United States Attorney

                                                     /s/
                                                _____
                                                ALAN BURCH, D.C. Bar # 470655
                                                Assistant United States Attorney
                                                555 4th St., N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7204
                                                alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendant's Motion for Briefing Schedule and proposed order to be served upon *pro se* plaintiff by first class mail addressed to:

> Harry Dewayne Lowe
> R#08637-424
> Rochester FMC
> P.O. Box 4000
> Rochester, MN 55903

on this 27th day of July, 2006.

    /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov