UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DEWAYNE LOWE,<br><br>    Plaintiff,<br><br>v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>    Defendant. | )<br>)<br>)<br>)    Civil Action No.: 06-1133-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER SETTING BRIEFING SCHEDULE

UPON CONSIDERATION of Defendant's Motion for Briefing Schedule, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED and it is

FURTHER ORDERED that the parties shall comply with the following deadlines:

- Defendant shall file its dispositive motion and supporting materials on or before September 1, 2006;

- Plaintiff shall file any opposition thereto on or before October 6, 2006; and

- Defendant shall file any reply on or before October 19, 2006.

So ordered, this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Harry Dewayne Lowe
R#08637-424
Rochester FMC
P.O. Box 4000
Rochester, MN 55903

Alan Burch
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530