UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HARRY DEWAYNE LOWE, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> DRUG ENFORCEMENT ADMINISTRATION, )<br>  )<br>   Defendant. )<br>  ) | Civil Action No.: 06-1133-CKK |

## ORDER DISMISSING CASE

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED and it is

FURTHER ORDERED that this case is DISMISSED for failure to exhaust administrative remedies as required by the Freedom of Information Act. This is a final an appealable order.

So ordered, this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:   Harry Dewayne Lowe          Alan Burch
             R#08637-424                 Assistant United States Attorney
             Rochester FMC               555 4th St., N.W.
             P.O. Box 4000               Washington, D.C. 20530
             Rochester, MN 55903