UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| HARRY DeWAYNE LOWE,<br>    Plaintiff.<br><br>    v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br>    Defendant. | Civil Action No. 06-1133 CKK<br><br>Motion to conduct discovery pursuant to Fed.R.Civ.P. Rule 56(f) |

**PLAINTIFF'S MOTION TO DEFER SUMMARY JUDGMENT PURSUANT TO Rule 56(f)**

**Comes Now**, Harry DeWayne Lowe, Pro Se, without the aid and benefit of counsel, to respectfully request that this court enter an order permitting Plaintiff to conduct discovery in the above cause of action. Plaintiff offers the following in support thereof:

1) On September 01, 2006, the defendant filed a motion to dismiss and/or summary judgment along with the personal testimony of paralegal Wassom.

2) The pleading and testimony allege facts, conclusions and procedures unknown to Plaintiff.

3) Those alleged facts, conclusions and procedures are fatal to Plaintiff's requested releif.

4) Plaintiff now requests leave to propound interrogatories, admissions and production of documents to Defendant.

5) Plaintiff relies on Fed.R.Civ.P. Rule 56(f) in support thereof.

1

6) Plaintiff is suffering extreme prejudice by the defendant's reliance on unvarified information.

**Wherefore,** Plaintiff earnestly prays that this court will enter an order granting leave to permit discovery in cause 06-1133.

Dated: September 25, 2006

Submitted by: _[signature]_ 09/25/06
Harry D. Lowe, Pro Se
Reg. No. 08637-424
FMC ROCHESTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903

2