RECEIVED

OCT 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FROM:

HARRY D. LOWE
#08637-424
FMC ROCHESTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903

September 29, 2006

TO:

CLERK OF THE COURT
UNITED STATES COURTHOUSE
333 CONSTITUTIONS AVE. N.W.
WASHINGTON, D.C. 20001

      Re: LOWE v. DRUG ENFORCEMENT ADMINISTRATION
          Civil Case No. 06-1133  (CKK)

Dear Clerk,

    Plaese find enclosed Lowe's list of disputed material facts pursuant to Local Rule 56.1.  I appologize in advance that I did not enclose this legal document with Lowe's other recently mailed motions in cause 06-1133 accomanied with Lowe's opposition to Defendant's motion for dismissal.  For your convenience I have enclosed a self addressed pre-paid envelope.  Please return the additional enclosed copy file stamped.  Thank you for your courteous attention in this important matter.

                     SUBMITTED BY: HARRY D. LOWE
                              #08637-424
                              FMC ROCHESTER
                              PMB 4000 QTRS B-3
                              ROCHESTER, MN. 55903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HARRY DeWAYNE LOWE,<br>     Plaintiff.<br><br>        v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br>     Defendant. | Civil Action No. 06-1133 CKK<br><br>List of disputed material facts<br>pursuant to L cv R 56.1 |

## PLAINTIFF'S STATEMENT OF GENUINE MATERIAL FACTS IN DISPUTE

1)   Defendant did not respond to Plaintiff's request until after suit was filed. ( See, Doc. #1).

2)   The agency failed to notify Plaintiff of request disposition and/or permit Plaintiff to amend  his request.

3)   FOIA requests are properly filed within the meaning where agency maintains an office where records are reaonably expected to be located. ( Not "SARO" only)

4)   Whether Plaintiff's request for public fund expenditures is a third party request. ( See, D's motion at p. 9)

5)   Whether Edwin Rivas is a confirmed paid DEA informant. ( See, Plaintiff's opposition to summary judgment and appendid exhibits attached thereto )

6)   Whether DEA's "Glomar" response is proper to this action. (See, Plaintiff's Opposition to summary judgment)

1

7) Whether "Glomar" is a question of law. (Plaintiff's Opposition)

8) Whether Defendant acted in bad faith. (Aff. of Harry D. Lowe)

9) Whether Plaintiff was prejudiced by Defendant's time requirement violation and unvarified material. ( Plaintiff's Opposition)

10) Whether agency has to disclose reocords of public fund expenditures.

11) Whether confirmed informants are entitled to blanket 7(C) and 7(D) exemptions.

12) Whether criminal case numbers are public record. ( See, Original request)

12) Whether Plaintiff's request was reasonably detailed so that a trained officer in the FOIA Unit of the agency could determine which records requester sought. ( Wassom Decl.)


Dated: September 29, 2006

Submitted by: _____

HARRY D. LOWE
Reg. No. 08637-424
FMC ROCHESTER
PMB 4000 QTRS B-3
ROCHESTER, MN. 55903

## CERTIFICATE OF FILING AND SERVICE

I, Harry D. Lowe, declare under the penalty of pejury that I
filed the original and two (2) copies of the foregoing legal document
with the clerk of the U.S. District Court in Washington, D.C., and
further declare under penalty of perjury that I served a true and
correct copy to Assistant united States Attorney, Alan Burch, at
555 4th. St., N.W., Washington, D.C. 20530 by placing each in a
first class pre-paid postage envelope and depositing them in the
outgoing Institutional mailbox at FMC Rochester on this 30th. day
of September 2006.


Executed on this 30th. Day of September 2006 under the penalty of
perjury as now required pursuant to 28 USC §1746


                    Executed by:  _____
                                  HARRY D. LOWE
                                  #08637-424
                                  FMC ROCHESTER
                                  PMB 4000 QTRS B-3
                                  ROCHESTER, MN. 55903