UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DEWAYNE LOWE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　　Civil Action No.: 06-1133-CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROTECTIVE ORDER

UPON CONSIDERATION of Defendant's Motion for Protective Order, Plaintiff's Motion for Discovery, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED and it is

FURTHER ORDERED that Plaintiff's Motion is DENIED, and it is

FURTHER ORDERED that neither party shall engage in any discovery in this case unless specifically permitted by further order of this Court.

So ordered, this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:　　Harry Dewayne Lowe　　　　　　Alan Burch
　　　　　　　R#08637-424　　　　　　　　　　Assistant United States Attorney
　　　　　　　Rochester FMC　　　　　　　　　555 4th St., N.W.
　　　　　　　P.O. Box 4000　　　　　　　　　Washington, D.C. 20530
　　　　　　　Rochester, MN 55903