UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DEWAYNE LOWE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No.: 06-1133-CKK |

## PROTECTIVE ORDER

UPON CONSIDERATION of Defendant's Motion for Protective Order, Plaintiff's Motion for Discovery, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED and it is

FURTHER ORDERED that Plaintiff's Motion is DENIED, and it is

FURTHER ORDERED that neither party shall engage in any discovery in this case unless specifically permitted by further order of this Court.

So ordered, this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:   Harry Dewayne Lowe          Alan Burch
             R#08637-424                  Assistant United States Attorney
             Rochester FMC                555 4th St., N.W.
             P.O. Box 4000                Washington, D.C. 20530
             Rochester, MN 55903