UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DEWAYNE LOWE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1133-CKK |
| ) | |
| v. ) | |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Defendant, Drug Enforcement Administration, respectfully files this reply in support of its motion for a protective order barring discovery until further order of the Court. Plaintiff's opposition does nothing to rebut the arguments presented in Defendant's motion. First, it is undeniable and correct that discovery is highly disfavored in cases brought under the Freedom of Information Act ("FOIA"). Plaintiff's argument that he seeks a specific kind of discovery (as set forth in his discovery requests served on counsel for Defendant) is beside the point because he has not shown any reason for the Court to permit discovery in advance of the Court's resolution of Defendant's pending dispositive motion. That motion, after all, includes argumentation and evidence that Plaintiff never exhausted his administrative remedies and so is simply not entitled to bring this suit at all.

Plaintiff has done nothing to show either that he sent his FOIA request to the correct office, as required under Defendant's published regulations, or that Defendant acted unreasonably in responding to his request within days of receipt of the request by the correct office (after it was forwarded by another office).

Similarly, Plaintiff has done nothing to show why he should not have to provide the necessary privacy waivers for release of information relating to third parties. His failure to do so fully justifies the agency's refusal to confirm or deny the existence of responsive records. No discovery is necessary at this point and Defendant's motion for protective order should be granted.

November 13, 2006                    Respectfully submitted,

 

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

    /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Defendant's Reply in Support of Motion for Protective Order to be served upon *pro se* Plaintiff by first class mail addressed to:

    Harry Dewayne Lowe
    R#08637-424
    Rochester FMC
    P.O. Box 4000
    Rochester, MN 55903

on this 13th day of November, 2006.

                                            /s/
                                   ALAN BURCH, D.C. Bar # 470655
                                   Assistant United States Attorney
                                   555 4th St., N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7204
                                   alan.burch@usdoj.gov