UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY DEWAYNE LOWE,

    Plaintiff,

    v.

DRUG ENFORCEMENT
ADMINSTRATION,

    Defendant.

Civil Action No. 06–1133 (CKK)

**ORDER**
(December 13, 2006)

On September 1, 2006, Defendant filed a [5] Motion to Dismiss, or in the Alternative,

Motion for Summary Judgment, which is currently pending in this case. On October 2, 2006,

*pro se* Plaintiff filed a [8] Motion to Defer Summary Judgment Pursuant to Rule 56(f). An

Opposition and Reply were filed with respect thereto. On October 13, 2006, Defendant filed a

[11] Motion for Protective Order barring discovery unless permitted by further order of the

Court. An Opposition and Reply were filed with respect thereto.

At this juncture, the Court shall GRANT Defendant's [11] Motion for Protective Order

barring discovery unless permitted by further order of the Court; and HOLD IN ABEYANCE

Plaintiff's [8] Motion to Defer Summary Judgment pursuant to Rule 56(f). When the Court

examines the filings with respect to the pending [5] Motion to Dismiss, or in the Alternative, for

Summary Judgment, the Court shall then consider whether or not discovery is appropriate prior

to the Court's resolution of that Motion.

1

Accordingly, it is, this 13th day of December, 2006, hereby

ORDERED that Defendant's [11] Motion for Protective Order barring discovery unless permitted by further order of the Court is GRANTED; it is also

ORDERED that Plaintiff's [8] Motion to Defer Summary Judgment pursuant to Rule 56(f) is HELD IN ABEYANCE; it is also

ORDERED that the Clerk's Office shall send a copy of this Order to Plaintiff at the following address: Harry Dewayne Lowe, 08637-424, Rochester-FMC, P.O. Box 4000, Rochester, MN 55903.

**SO ORDERED**.

COLLEEN KOLLAR-KOTELLY
United States District Judge