UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRY DEWAYNE LOWE,

   Plaintiff,

     v.

DRUG ENFORCEMENT
ADMINSTRATION,

   Defendant.

Civil Action No. 06–1133 (CKK)

**ORDER**
(July 22, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 22nd day of July, 2007, hereby

ORDERED that Defendant's [5] Motion to Dismiss or in the Alternative for Summary Judgment is GRANTED; it is also

ORDERED that Plaintiff's [8] Motion to Defer Summary Judgment pursuant to Rule 56(f) (previously held in abeyance) is DENIED; it is also

ORDERED that the instant case is DISMISSED; it is also

ORDERED that the Clerk's Office shall send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff at the following address: Harry DeWayne Lowe, 08637-424, Rochester-FMC, P.O. Box 4000, Rochester, MN 55903.

***This is a final, appealable order.***

                                                      /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge